**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DAVID RISLEY ADAMS,**<br><br>**Defendant.** | **CR 26-04-H-BMM**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b) of the property identified below.

Defendant David Risley Adams has been adjudged guilty of *Conspiracy to Possess with Intent to Distribute Controlled Substances*, in violation of 21 U.S.C. § 846, as charged in Count 1 of the Indictment. For such violation, Defendant Adams also admitted the Indictment's forfeiture allegation pursuant to 21 U.S.C. § 853(a)(1)-(2).

The evidence set forth in the Defendant's Plea Agreement and guilty plea (Docs. 64, 77), in conjunction with the Offer of Proof (Doc. 63), provide a factual basis and cause to issue this Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Preliminary Order of Forfeiture is GRANTED:

2. Defendant David Risley Adams' right, title, and interest in the following property is forfeited pursuant to 21 U.S.C. § 853(a)(1)-(2):

1) $31,689.00 in U.S. currency;
2) Chinese SKS, .462 caliber rifle, S/N: 9003507;
3) Tokarev Arms, model TBP, 12-gauge shotgun, S/N: 52-H23YB-025548;
4) Mossberg, model 500A, 12-gauge shotgun, S/N: T328821;
5) Intratec, model TEC22, .22 caliber pistol, S/N: obliterated;
6) Taurus, model 856, .38 caliber revolver, S/N: ACM670265;
7) Armscor, model 200, .38 caliber revolver, S/N: obliterated;
8) Smith & Wesson, model SD40VE, .40 caliber pistol, S/N: RAN1251;
9) Sarsilmaz (SAR Arms), model ST9, .45 caliber pistol, S/N: T1102-19AF00027;
10) Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, S/N: HDL2972;
11) Ruger, model Vaquero, .44 caliber revolver, S/N: 57-19128;
12) Sig Sauer, model P320, .45 caliber pistol, S/N: 58J321561;
13) Ruger, model LCP Max, .380 caliber pistol, S/N: 381426989;
14) Sig Sauer, model P320, 9mm caliber pistol, S/N: 58H329819; and
15) Any associated accessories and ammunition, including:
    - 14 rounds of assorted 9mm caliber ammunition
    - 14 rounds of PMC .40 caliber ammunition
    - 3 rounds of Speer .40 caliber ammunition
    - 9 rounds of Hornady .380 caliber ammunition
    - 8 rounds of Armscor .45 caliber ammunition
    - 9 rounds of Hornady .45 caliber ammunition
    - 25 rounds of assorted .22 caliber ammunition

- 29 rounds of assorted caliber ammunition
- 1,983 rounds of assorted caliber ammunition

3. The Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms & Explosives, or a designated custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law.

4. The United States will provide written notice to any third party with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

5. Upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c), in which all such interests will be addressed.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts